UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
ANTHONY DEGREGORIO,

                Plaintiff,

—against—

PORT AUTHORITY TRANS-HUDSON CORPORATION,

                Defendant.
------------------------------------------------------------X

Docket No.: 16 Civ. 0412 (SDW)(LDW)

**STIPULATION OF DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, without costs to either party as against the other.

      This stipulation may be filed without further notice with the Clerk of the Court, and an Order to that effect may be entered without further notice.

Dated:   New York, New York
           April 8, 2016

_____
Juan Barragan, Esq.
*Attorney for Defendant*
*PORT AUTHORITY TRANS-HUDSON CORPORATION*
4 World Trade Center
150 Greenwich Street, 24th Floor
New York, New York 10007
Telephone No.: (212) 435-3435
Fax No.:      (212) 435-3834

_____
Marc T. Wietzke, Esq.
Flynn & Wietzke, P.O.
1205 Franklin Avenue
Garden City, New York 11530
Telephone No.:  (516) 877-1234
Fax No.:         (516) 877-1177

So Ordered
this _____ day of May 2/16
_____
Susan D. Wigenton, U.S.D.J.